**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

CRIMINAL NO.:   5:13-CR-50029-001         USA v. MARIA LUISA LIZARRAGA

COURT PERSONNEL:                           APPEARANCES:

Judge:    TIMOTHY L. BROOKS               Govt.: Clay Fowlkes

Clerk: SHERI CRAIG                         Deft.: Ray Niblock

Reporter:  DANA HAYDEN

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X)   Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.

- (X)   Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.

- (X)   Inquiry made that defendant is satisfied with counsel.

- (X)   Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X)   Presentence investigation report reviewed in open court.

- (X)   Court expresses final approval of plea agreement.

- (X)   Government moves for downward departure pursuant to 5K1.1 - granted by the court and 4-level departure awarded.

- (X)   Defendant moves for downward departure pursuant to 5H1.6 - denied by the court.

- (X)   Counsel for defendant afforded opportunity to speak on behalf of defendant.

- (X)   Defendant afforded opportunity to make statement and present information in mitigation of sentence.

- (X)   Attorney for government afforded opportunity to make statement to court.

Criminal No.:        5:13-CR-50029-001

(X) Court proceeded to impose sentence as follows:

    41 months imprisonment; 2 years supervised release; $1,000.00 fine imposed - interest waived.

(X) Defendant ordered to comply with standard conditions of supervised release.

(X) Defendant ordered to comply with the following special conditions of supervised release:

    1. The defendant shall submit his person, residence, place of employment, and vehicle to a search conducted by the United States Probation Office at a reasonable time and in a reasonable manner based upon reasonable suspicion that a violation of a condition of supervised release might thereby be disclosed.

    2. The defendant shall submit to inpatient or outpatient substance abuse evaluation, counseling, testing, and/or treatment as deemed necessary and as directed by the U.S. Probation Officer.

(X) Defendant ordered to pay total special assessment of $100.00, which shall be due immediately.

(X) Defendant advised of right to appeal sentence imposed.

(X) Defendant advised of right to apply for leave to appeal in forma pauperis.

(X) Defendant remanded to custody of USMS.

DATE:   April 16, 2014                    Proceeding began: 10:04 am

                                                                                             ended: 11:23 am